846 A.2d 117

Benjamin STANTON and Elaine Stanton, his Wife as
Parents and Natural Guardians of Jesse Stanton,
a Minor and Individually in their Own Right

v.

LACAWANNA ENERGY, LTD. and Pennsylvania
Power and Light Co.

v.

Benjamin Stanton and Elaine Stanton, his Wife as Parents
and Natural Guardians of Jesse Stanton, A Minor and
Individually in their Own Right

Petition of Benjamin Stanton and Elaine Stanton, his Wife
as Parents and Natural Guardians of Jesse Stanton, a
Minor and Individually in their Own Right.

Supreme Court of Pennsylvania.

April 6, 2004.

## ORDER

PER CURIAM.

AND NOW, this 6th day of April, 2004, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Did the Superior Court improperly conclude that Pennsylvania Power and Light Company was an "owner" of land entitled to protection under the Recreational Use of Land and Water Act, 68 P.S. §§ 477–1–477–8, where it held only an easement?